UNION FREE SCHOOL DISTRICT NO. 22 OF THE TOWNS OF HEMPSTEAD AND NORTH HEMPSTEAD, NASSAU COUNTY, Plaintiff, v. LEWIS A. WILSON, as Commissioner of Education of the State of New York, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 419.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LYONS, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 924.]

In the Matter of IRA LEEMAN, Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 299.]

In the Matter of the Estate of GEORGE ZEH, Deceased. MARY Z. VAN VOLKENBURGH et al., Appellants; ELLA ZEH, as Executrix of GEORGE ZEH, Deceased, Respondent.— Application for resettlement of an amended decision of this court, handed down March 18, 1953 (*ante,* p. 930), denied, without costs. Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Appellants' application for a stay of all proceedings on the part of the petitioner-respondent denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

GERALD CHURCH, Appellant, v. FRED STALEY, Individually and Doing Business as STALEY'S SALES AND SERVICE, Respondent, et al., Defendants.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 928.]

In the Matter of the Claim of MARTHA POGUE, Respondent, against CROUSE IRVING HOSPITAL et al., Appellants, and MIDDLETOWN STATE HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 931.]